**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

David James Welch, Appellant.

Appellate Case No. 2017-001019

―――――――――――

Appeal From Horry County
Steven H. John, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2018-UP-451
Submitted October 1, 2018 – Filed December 12, 2018

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Appellate Defender Kathrine Haggard Hudgins, of
Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General John Benjamin Aplin,
both of Columbia, for Respondent.

―――――――――――

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.